# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

151698

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JRV HOLDINGS, LLC,
        Plaintiff/
        Counter-Defendant-Appellant,

v

        SC: 151698
        COA: 323835
        Macomb CC: 2014-001762-AV

SHARON CORVEN,
        Defendant/
        Counter-Plaintiff-Appellee.

_____/

On order of the Court, the application for leave to appeal the April 21, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., not participating due to a familial relationship with the presiding district court judge in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016



Clerk

t0120